IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDALL L. WOODFIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-352-ECM |
| | ) |
| GOVERNOR KAY IVEY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is the Plaintiffs' unopposed motion for a brief continuance of the hearing currently set for May 15, 2025. (Doc. 21). The Plaintiffs contend that a continuance is warranted because they anticipate filing an amended complaint to add several new Defendants, including several recently appointed directors of the new regional water works board, and to "amend the substance of their complaint." (*Id.* at 3).

The Plaintiffs have shown good cause to continue the May 15 hearing. The Court also finds it prudent to set a status and scheduling conference to discuss rescheduling the hearing in light of the anticipated addition of new Defendants and other amendments to the Plaintiffs' complaint. Additionally, the Court is aware that several recently appointed board members ("Board Members")—the same Board Members the Plaintiffs now seek to add to this case—have filed a separate action related to the same law the Plaintiffs challenge in this case. (*See* doc. 1 and doc. 24 in *Wiedmeyer et al. v. Woodfin et al.*,

2:25cv356-ECM-KFP (M.D. Ala.)). The Board Members in *Wiedmeyer* are represented by Attorneys Chris Weller and Mitchell Sikes of Capell & Howard. Thus, to the extent that Attorneys Weller and Sikes may represent the Board Members in this action, the Court finds it prudent to give them the opportunity to participate in the status and scheduling conference. Accordingly, and for good cause, it is

ORDERED that the Plaintiffs' unopposed motion for a brief continuance (doc. 21) is GRANTED, and the hearing currently set for May 15, 2025, is CONTINUED GENERALLY and will be reset by separate Order. It is further

ORDERED that a status and scheduling conference is SET for **May 15, 2025 at 10:00 a.m.** by telephone conference call. Counsel are DIRECTED to contact Cindy Sanders, the undersigned's courtroom deputy, to obtain the phone number and access code to participate in the conference call. The Clerk of the Court is DIRECTED to provide a court reporter.

**The Clerk of the Court is DIRECTED to send a copy of this Order to Attorneys Chris Weller and Mitchell Sikes via email at cww@chlaw.com and mitchell.sikes@chlaw.com.**

DONE this 14th day of May, 2025.

                                            /s/ Emily C. Marks   
                                            EMILY C. MARKS  
                                            CHIEF UNITED STATES DISTRICT JUDGE