IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDALL L. WOODFIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-352-ECM |
| | ) |
| GOVERNOR KAY IVEY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This Court held a status and scheduling conference in this case on May 15, 2025. For the reasons stated on the record during the conference, and for good cause, it is

ORDERED that the Plaintiffs shall file an amended complaint **on or before June 5, 2025**.

DONE this 15th day of May, 2025.

                                      /s/ Emily C. Marks
                                    EMILY C. MARKS
                                    CHIEF UNITED STATES DISTRICT JUDGE